IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL G. WEBB,

    Plaintiff,

v.                                               Civil Action No.3:08-cv-5

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER DIRECTING CLERK TO SEND NEW IFP FORM TO PLAINTIFF'S COUNSEL

On January 7, 2008, Michael G. Webb, ["Plaintiff"], filed a complaint under 42 U.S.C. § 405(g) and an Application for Leave to Proceed in forma pauperis. The District has adopted a new IFP form. Plaintiff is directed to complete the new form within ten days of the date of this Order. The Clerk is directed to mail a copy of the new IFP form to counsel for Plaintiff.

DATED: January 11, 2008

                                                  /s/ James E. Seibert
                                                  JAMES E. SEIBERT
                                                  UNITED STATES MAGISTRATE JUDGE